IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**SONYA DOOLITTLE,**                              08-CV-453-JE

      **Plaintiff,**                          ORDER

v.

**CITY CENTER PARKING,**

      **Defendant.**


**SONYA DOOLITTLE**
2409 N.E. MLK Blvd., #309
Portland, OR 97212
(503) 222-3002

      Plaintiff, *Pro Se*

1  -  ORDER

**SCOTT OBERG OBORNE**
Jackson Lewis, LLP
806 S.W. Broadway, Suite 400
Portland, OR  97205
(503) 229-0405

      Attorneys for Defendant

**BROWN, Judge.**

      Magistrate Judge John Jelderks issued Findings and Recommendation (#50) on July 22, 2010, in which he recommends this Court deny Plaintiff Sonya Doolittle's Motion (#48) for Extension of Time filed in response to the Court's Order (#46) to Show Cause.  Magistrate Judge Jelderks also recommends the Court dismiss this action with prejudice for Plaintiff's failure to prosecute.

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

      The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#50).  Accordingly, the Court **DENIES** Plaintiff's

2  -  ORDER

Motion (#48) for Extension of Time.  Furthermore, the Court **DISMISSES** this action **with prejudice** for Plaintiff's failure to prosecute this matter.

    IT IS SO ORDERED.

    DATED this 27th day of September, 2010.

                                  /s/ Anna J. Brown

                                  _____
                                  ANNA J. BROWN
                                  United States District Judge